Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District  6 th | |
|---|---|---|
| Name (under which you were convicted): Adam Lee Simmons | | Docket or Case No.: 1:21-10087-06 STA |
| Place of Confinement: Coleman USP 1 F.C.C | | Prisoner No.: 81329-509 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) | |
| v. Adam Simmons | | |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
United States District Court for the Western District of Tennessee Eastern Division

   (b) Criminal docket or case number (if you know): 1:21-10087-06-STA

2. (a) Date of the judgment of conviction (if you know): Dec 13 2022

   (b) Date of sentencing: Dec - 13 - 2022

3. Length of sentence: 151 months

4. Nature of crime (all counts): Aiding and Abetting; Distribution and Possession with Intent

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? NA

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?    Yes ☑    No ☐

9. If you did appeal, answer the following:

(a) Name of court: _United States Court of Appeals_

(b) Docket or case number (if you know): _22-6132_

(c) Result: _Anders brief_

(d) Date of result (if you know): _NA_

(e) Citation to the case (if you know): _NA_

(f) Grounds raised: _NA_

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know): _NA_

(2) Result: _NA_

(3) Date of result (if you know): _NA_

(4) Citation to the case (if you know): _NA_

(5) Grounds raised: _NA_

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _NA_

(2) Docket or case number (if you know): _NA_

(3) Date of filing (if you know): _NA_

Page 4

(4) Nature of the proceeding: *NA*

(5) Grounds raised: *NA*

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑

(7) Result: *NA*

(8) Date of result (if you know): *NA*

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: *NA*

(2) Docket or case number (if you know): *NA*

(3) Date of filing (if you know): *NA*

(4) Nature of the proceeding: *NA*

(5) Grounds raised: *NA*

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑

(7) Result: *NA*

(8) Date of result (if you know): *NA*

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:      Yes ☐   No ☑

(2) Second petition:   Yes ☐   No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: *My lawyer was not in contact and signed a Anders brief*

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** *Ineffective assistance of counsel*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
*My lawyer assured me that I did not qualify for career offender enhancements and told me before my plea agreement was signed that I was only looking at a 3 to 6 year sentence*

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: *Waiting decision on court + lack of communication with lawyer due to being in the SHU*

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: *N/A*

Name and location of the court where the motion or petition was filed: *N/A*

Page 6

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: *Was not aware of the argument*

GROUND TWO: *The career offender predicates of attempted to Manufactur Meth do not qualify*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*The career offender statue does not state inchocate crimes such as attempted or conspirency crimes do not qualify*

**(b) Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ❑   No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: _My lawyer filled a Anders brief_

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ❑   No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _N/A_

    Name and location of the court where the motion or petition was filed: _N/A_

    Docket or case number (if you know): _N/A_

    Date of the court's decision: _N/A_

    Result (attach a copy of the court's opinion or order, if available): _N/A_

    (3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ☑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _N/A_

    Docket or case number (if you know): _N/A_

    Date of the court's decision: _N/A_

    Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _N/A_____

_____

_____

_____

_____

**GROUND THREE:** _My primary charge Aiding and Abetting: DIST. Meth does not qualify for career offender_

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
_Aiding and Abetting is not a listed crime under the career offender enhancement. Abiling and Abetting is a inchocate crime and can not trigger a career enhancement_

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _My lawyer filled a Anders brief_

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _N/A_____

Name and location of the court where the motion or petition was filed: _N/A_____

Docket or case number (if you know): _N/A_____

Date of the court's decision: _N/A_____

Result (attach a copy of the court's opinion or order, if available): _NA_

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _NA_

Docket or case number (if you know): _NA_

Date of the court's decision: _NA_

Result (attach a copy of the court's opinion or order, if available): _NA_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _NA_

_____

GROUND FOUR: _Bad Faith in Goverment_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_My lawyer assured me a light sentence due to the fact of my cooperation and assistance on a dead corpse I found & turned in_

**(b) Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: *My lawyer filled a Anders Brief*

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: *N/A*

Name and location of the court where the motion or petition was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: My lawyer filled a Anders brief

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Im in fear for my life due to my cooperation with the goverment I have already been hit once and had to have staples put in back of my head on top of being sent to outside ER and suffering from a conculsion

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?      Yes ☐   No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. NA

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: Juni S. Ganguli   address unknown
(b) At arraignment and plea: same
(c) At trial: same
(d) At sentencing: same

Page 12

(e) On appeal: _Anne Harvey_ _77 W. Elmwood Dr. Suite 204_
_Centerville, Ohio 45459_

(f) In any post-conviction proceeding: _NA_

(g) On appeal from any ruling against you in a post-conviction proceeding: _NA_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _NA_

(b) Give the date the other sentence was imposed: _NA_

(c) Give the length of the other sentence: _NA_

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:

Vacate, Set Aside or Correct Sentence

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct

and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

Apri, 30 2024 (month, date, year).

Executed (signed) on _____ (date).

Adam Simmons
_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not

signing this motion.