# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **ADAM LEE SIMMONS,** | ) |
| Petitioner, | ) |
| v. | ) No. 1:24-cv-01101-STA-jay |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## ORDER DIRECTING UNITED STATES TO RESPOND TO THE § 2255 MOTION

Adam Lee Simmons has filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 1.) The pleading is before the Court for initial review. *See Rules Governing Section 2255 Proceedings for the United States District Courts* ("Rules"), Rule 4(b).

The Court **ORDERS** the Government to file a response to the Motion within twenty-eight days from the date of this order. *See* Rule 5(a). Simmons may, if he chooses, submit a reply to the response within twenty-eight days of service. *See* Rule 5(d). Simmons may request an extension of time to reply by filing a motion on or before the due date of his reply.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: July 2, 2024